JS - 6/ENTER

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 15 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRUCE WESTIN, | Case No. CV 10-2993-JHN (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| CALIFORNIA SUPERIOR COURT, | |
| Respondent. | |

IT IS ADJUDGED that the action herein is dismissed without prejudice.

Dated: June 14, 2010

_____
Jacqueline H. Nguyen
United States District Judge